NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KEITH D. SNYDER,**
*Claimant-Appellant*

v.

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2015-7012

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 13-840, Judge Robert N. Davis.

---

**JUDGMENT**

---

KENNETH M. CARPENTER, Law Offices of Carpenter Chartered, Topeka, KS, argued for claimant-appellant.

STEVEN J. GILLINGHAM, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., SCOTT D. AUSTIN, DOUGLAS GLENN EDELSCHICK; BRIAN D. GRIFFIN, CHRISTA A. SHRIBER, CHRISTINA LYNN GREGG, Office of General Counsel, Unit-

ed States Department of Veterans Affairs, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 10, 2015      /s/ Daniel E. O'Toole
Date      Daniel E. O'Toole
     Clerk of Court